

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00625-CR

| | | |
|---|---|---|
| Jason Joseph McDowell | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (0943697D) |
| v. | § | February 27, 2014 |
| | § | Opinion by Justice McCoy |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
        Justice Bob McCoy